IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

YOVANI CASTRO PASCUAL,

     Petitioner,

v.                                                                    No. 1:26-cv-01621-KG-GJF

GEORGE DEDOS, et al.,

     Respondents.

ORDER TO ANSWER

Petitioner Yovani Pascual filed a petition for writ of habeas corpus under 28 U.S.C.

§ 2241 on May 20, 2026.  Doc. 2.  The Clerk of Court provided notice of completion of

electronic service on May 20, 2026.  Doc. 5.  The Court orders Respondents to file an answer

within 10 business days of service of the Petition, by June 4, 2026.  The Clerk shall send a

courtesy copy of this Order and the Petition to the U.S. Attorney's Office at the following email

address: USANM.Civil.Immigration@usdoj.gov.

                    /s/Kenneth J. Gonzales
                    CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.