**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

YOVANI CASTRO PASCUAL,

        Petitioner,

v.                                        Civ. No. 1:26-01621 KG/GJF

GEORGE DEDOS,
et al.

        Respondents.

## ORDER SETTING HEARING VIA ZOOM

| | |
|---|---|
| **Date and time:** | Monday, July 6, 2026, at 1:00 p.m. MT |
| **Matters to be heard:** | *Petition for Writ of Habeas and Request for Release from Detention* (Dkt. No. 2) |
| | Petitioner's *Emergency Motion for Temporary Restraining Order* (Dkt. No. 8)[1] |

**IT IS ORDERED** that counsel for the parties shall appear for a Zoom[2] hearing on the above motion. Client attendance is not required.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court acknowledges Petitioner's emergency request to preempt the June 11, 2026, immigration court hearing out of concern that the Immigration Judge might issue an order of removal. Because of Petitioner's right to appeal any such order, however, and the stay of removal that would exist during the pendency of any such appeal, this Court will have sufficient time to consider whether any interim order forestalling Petitioner's removal is necessary and appropriate.

[2] Join ZoomGov Meeting
https://nmd-uscourts.zoomgov.com/j/1651765105

Meeting ID: 165 176 5105
Passcode: 588860

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)