IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YOVANI CASTRO PASCUAL,

Petitioner,

v. Case No. 1:26-cv-01621-KG-GJF

GEORGE DEDOS, Warden,
Torrence County Detention Facility; et al.,

Respondents.

**ORDER OVERRULING OBJECTIONS**

Magistrate Judge Gregory F. Fouratt filed the Proposed Findings and Recommended Disposition ("PFRD") on July 27, 2026. Doc. 23. The PFRD recommends the Court deny the Petition for Writ of Habeas Corpus, Doc. 2, Motion for Order to Show Cause, Doc. 3, and Emergency Motion for Temporary Restraining Order, Doc. 8. *Id.* at 33-34. The PFRD further recommends Petitioner's Emergency Motion to Shorten Briefing Schedule and Expedited Ruling, Doc. 7, be denied as moot. *Id.*

The PFRD notified the parties of their ability to file objections within fourteen days, and that failure to do so waived appellate review. *Id*. at 34. On August 5, 2026, Petitioner filed objections to the PFRD. Doc. 24. On August 24, 2026, Petitioner filed a Notice of Subsequent Development and Request for Judicial Notice under Federal Rule of Evidence 201. Doc. 25. On September 9, 2026, Petitioner filed a Motion to Expedite Adjudication on Habeas Petition. Doc. 26. On September 11, 2026, Petitioner, acting *pro se*, filed a second Memorandum in Support of his Habeas Petition. Doc. 27. Then on September 14, 2026, counsel for Petitioner filed a Motion to Strike the second Memorandum in Support of Petitioner's Habeas Petition. Doc. 28.

As an initial matter, the Court grants Petitioner's Motion to Strike. Doc. 27. At Petitioner's request, the Court has not considered the September 11, 2026, Memorandum in Support of Petitioner's Habeas Petition. Doc. 28.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has conducted a *de novo* review of the record, including all parts of the Magistrate Judge's PFRD that have been properly objected to. The Court has also reviewed and considered Petitioner's Notice of Subsequent Development. *See* Doc. 25; Fed. R. Civ. P. 72(b)(3) (allowing the Court to "receive further evidence."). After conducting this review and having thoroughly considered the PFRD, evidence, and Petitioner's objections, the Court finds no reason either in law or fact to depart from the Magistrate Judge's conclusions.

It is hereby ordered:

1. Petitioner's objections are overruled;
2. The Magistrate Judge's PFRD, Doc. 23, are adopted in full;
3. The Petition for Writ of Habeas Corpus (Doc. 2), Motion for Order to Show Cause (Doc. 3), and Emergency Motion for Temporary Restraining Order (Doc. 8) are denied;
4. Petitioner's Emergency Motion to Shorten Briefing Schedule and Expedited Ruling (Doc. 7) and Motion to Expedite Adjudication on Habeas Petition (Doc. 26) are denied as moot.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales___________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.